UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JARQUAY AZZAM ABDULLAH,

                      Plaintiff,

                                                        Civil Action No.
   -against-                                       9:06-CV-0622
                                                         (LEK/DEP)

GLENN S. GOORD, *et al.*,

                      Defendants.

**DECISION AND ORDER**

       This matter comes before the Court following a Report-Recommendation filed on November 7, 2007, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 47).

       Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Peebles' Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

       Accordingly, it is hereby

       **ORDERED**, that the Report-Recommendation (Dkt. No. 47) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

       **ORDERED**, that Defendant Everlath's Motion to dismiss Plaintiff's claims against her (Dkt. No. 38) be **GRANTED**; and it is further

1

**ORDERED**, that Plaintiff's remaining claims in this action be **DISMISSED in their Entirety**; and it is further

**ORDERED,** that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   February 01, 2008
         Albany, New York

Lawrence E. Kahn
U.S. District Judge